# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Boulevard, Albany, New York 12212

**Andrea E. Celli, Esq.**
**Trustee**
**Bonnie Baker, Esq.**
**Assoc. Attorney**

Telephone: (518) 449-2043
Facsimile: (518) 449-2473

For payments Only:
P.O Box 1918
Memphis, TN 38101-1918

May 2, 2011

Bankruptcy Court
James T. Foley U.S. Courthouse
445 Broadway, Suite 306
Albany, New York 12207

Re: Case 02-18170         Chris & Barbara Fontaine

To Whom It May Concern:

Enclosed please find check #922603 in the amount of $1,106.99. Pursuant to the order of confirmation, we have been collecting funds for a creditor in this case and have attempted to distribute funds. All attempts to contact and forward checks have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

| | |
|---|---|
| Claim No. | 20 |
| Account# | 355000461042227 |
| Creditor | Nuvell Credit Company<br>POB 1762<br>Greeley, CO 80632 |

*RECEIVED & FILED*
*MAY 03 2011*
*OFFICE OF THE BANKRUPTCY CLERK*
*ALBANY, NY*

Very truly yours,

*Cheryl Corning*

Cheryl Corning
Office of Andrea Celli